IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTOR RANDOLPH TURNER, § <br> TDCJ-CID NO. 1326957, § <br> § <br> Petitioner, § <br> v. § <br> § CIVIL ACTION NO. H-12-3518 <br> RICK THALER, Director, Texas § <br> Department of Criminal Justice, § <br> Correctional Institutions § <br> Division, § <br> § <br> Respondent. § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum Opinion and Order entered this date, this action is **DISMISSED WITH PREJUDICE**. A Certificate of Appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 10th day of December, 2012.

SIM LAKE
UNITED STATES DISTRICT JUDGE